# EXHIBIT A

# Commonwealth of Massachusetts
## District Courts of Massachusetts

SALEM DIVISION
56 Federal Street
Salem, Massachusetts 01970
978-744-1167

Atención — Este as una notificacion oficial de la Corte. Si Ud no sabe leer ingles, obtenga traducción.

Atencao — Este é um aviso oficial do Tribunal. so voca nao sabe ler ingles, obtenha traducao.

Essex ss

Civil Action No. __1436CV681__

## SUMMONS
(Rule 4)

To defendant __Credit Acceptance Corp.__ of __25505 W. 12 Mile Rd__
__c/o Corporation Service Company__ (name) at __Southfield, MI 48034__ (address)
__14 State Street, Boston, MA 02109__

You are hereby summoned and required to serve upon __Thomas Beauvais__, plaintiff ('s attorney), whose address is __PO Box 761235 Melrose, MA 02176__, a copy of your answer to the complaint which is herewith served upon you, within 20 days after service of this summons, exclusive of the day of service. You are required to file your answer to the complaint in the office of the Clerk of this court either before service upon plaintiff ('s attorney), or within 5 days thereafter. If you fail to meet the above requirements, judgement by default may be rendered against you for the relief demanded in the complaint. You need not appear personally in court to answer the complaint.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will be barred from making such claim in any other action.

WITNESS __Robert A. Brennan__, Presiding Justice, on _____

_Joan K. Lawlor_

Note: (1) When more than one defendant is involved, the names of all defendants should appear in the action. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
(2) The number assigned to the complaint by the Clerk at commencement of the action should be affixed to this summons before it is served.

## RETURN OF SERVICE

On _____ I served a copy of the within summons, together with the copy of the
(date of service)

complaint in this action, upon the within named defendant, in the following manner (see Rule 4(d) (1-5)):

A true copy. Attest: _John Cotter_
__11/25/14__
Deputy Sheriff Suffolk County

_____ (signature)
_____ (name and title)
_____ (address)

Note: (1) The person serving the process shall make proof of service thereof in writing to the court and to the party or his attorney, as the case may be, who has requested such service. Proof of service shall be made promptly and in any event within the same time during which the person served must respond to the process. Rule 4(f).
(2) Please place date you make service on defendant in the box on the copy served on the defendant, on the original returned to the court and the copy returned to the person requesting service or his attorney.
(3) If service is made at the last and usual place of abode, the officer shall forthwith mail first class a copy of the summons to such last and usual place of abode, and shall set forth in the return the date of mailing and the address to which the summons was sent (G.L. c. 223, sec. 31).

This form prescribed by the Chief Justice of the District Courts.

Form 24 2MN 07/12